UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DAVID MOLIDOR, | Case No. 21-mc-80051-TSH |
| | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Joseph C. Spero for consideration of whether the case is related to *In re David Molidor,* 21-mc-80049-JCS.

**IT IS SO ORDERED.**

Dated: March 11, 2021

THOMAS S. HIXSON
United States Magistrate Judge